# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO JIMENEZ, | Case No. CV 12-2359-VAP (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| L.S. McEWEN, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 18, 2014

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE